*Filed in Open Court 4-9-04 10:30 AM*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
       v.                   )   CRIMINAL NO. 03-10398-MLW
                            )
DAVID RUIZ                  )
                            )
```

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America and defendant David Ruiz hereby submit this joint memorandum addressing the issues set forth in Local Rule 116.5(A)(1) through (A)(7).

### (A)(1)

The government is in the process of completing discovery to defendant in accordance with the Local Rules. The parties expect to complete that disclosure by April 26, 2004. Defendant seeks an additional two weeks thereafter to submit a discovery letter.

### (A)(2)

The defendant requests discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). The government will respond by May 28, 2004. The government requests reciprocal discovery, which defendant will provide by June 11, 2004.

### (A)(3)

The parties at this time are uncertain whether additional discovery will be needed as a result of future receipt of information, documents, or reports of examinations or tests.

### (A)(4)

Defendant seeks a period of 45 days to file pretrial motions. The parties submit that a motion date should be set

after the government has had an appropriate time to respond to any motions.

(A)(5)

A period of excludable delay should be ordered under the Speedy Trial Act from the date of the conference through the date of the filing of defendant's motions.

(A)(6)

Defendant has not decided whether to seek a trial. The government estimates that its case will take five trial days.

(A)(7)

The parties defer to the Court regarding the setting of a final status conference and/or any interim status conference.

Michael Sullivan
United States Attorney

By: _____
John A. Capin
Assistant U.S. Attorney

DAVID RUIZ
By his attorney,

_____
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061