```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

FILED
In Open Court
USDC, Mass.
Date 5-24-04
By ____
Deputy Clerk  2:30 pm

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ              ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME

The government, with the assent of the defendant, David Ruiz, hereby moves to exclude from the time within which the trial of this matter must commence the periods from January 7, 2004 to March 31, 2004 and from April 8, 2004 to May 24, 2004. As grounds, the government states as follows:

1. <u>January 7, 2004 to March 3, 2004</u>: This period is excludable pursuant to 18 U.S.C. §3161(h)(1)(F) because of the pendency of the government's motion for pretrial detention. The government moved for detention on January 7, 2004; the Court heard evidence on January 8, 2004; and the hearing was continued until March 3, 2004, at which time the defendant consented to voluntary detention.

2. <u>March 3, 2004 to March 31, 2004</u>: This period is excludable under 18 U.S.C. § 3161(h)(8)(A) and L.R. 112.2 because the parties participated in automatic discovery.

3. <u>April 8, 2004 to May 24, 2004</u>: The date of the initial status conference, April 8, 2004, is

automatically excluded under 18 U.S.C. §3161(h)(1) as an "other proceeding concerning the defendant." Likewise, May 24, 2004 is excluded because of the conduct of a status conference. The 45-day period from April 8, 2004 to May 23, 2004 is excludable under 18 U.S.C. § 3161(h) because, at the initial status conference, the defendant requested 45 days to file pretrial motions. *See* United States v. Jodoin, 672 F.2d 232, 238 (1st Cir. 1982)(oral motion for time to file the suppression motion ... falls within the exception set out in § 3161(h)(1)").

Wherefore, the government requests that the Court exclude the periods from January 7, 2004 to March 31, 2004 and from April 8, 2004 to May 24, 2004 ~~period from July 2, 2003 to July 16, 2003 from the period within which trial must commence under the Speedy Trial Act~~. (JAC)

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By: _____
     JOHN A. CAPIN
     Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I, John A. Capin, hereby certify that, on May 24, 2004, I

caused a true copy of the above document to be served on counsel for the defendant by in-hand delivery.

_____
JOHN A. CAPIN