UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

FILED
IN CLERKS OFFICE
2004 JUN 22  A 9:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ASSENTED-TO MOTION TO CONTINUE FINAL STATUS CONFERENCE AND EXCLUDE TIME

The government, with the assent of the defendant, David Ruiz, hereby moves to continue the final status conference in this matter to July 15, 2004 and to exclude from the time within which the trial of this matter must commence the period from June 15, 2004 to July 15, 2004. As grounds, the government states that, as the parties explained a status conference on June 15, 2004, the parties require additional time to resolve outstanding discovery issues. The parties agree that such issues will be resolved by July 15, 2004 and that the period from June 15, 2004 to July 15, 2004 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from the delay will - by enabling the defendant to resolve outstanding discovery issues - serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.

Wherefore, the government requests that the Court continue the final status conference to July 15, 2004 and exclude the period from June 15, 2004 to July 15, 2004 from

the period within which trial must commence under the Speedy Trial Act.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

By: _____
       JOHN A. CAPIN
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, John A. Capin, hereby certify that, on June 22, 2004, I caused a true copy of the above document to be served on counsel for the defendant by in-hand delivery.

_____
JOHN A. CAPIN