UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
            V.           )   CRIMINAL NO. 03-10398-MLW
                         )
DAVID RUIZ               )

**ASSENTED-TO MOTION FURTHER TO CONTINUE
FINAL STATUS CONFERENCE AND EXCLUDE TIME**

The government, with the assent of the defendant, David Ruiz, hereby moves further to continue the final status conference in this matter to August 3, 2004 and to exclude from the time within which the trial of this matter must commence the period from July 15, 2004 to August 3, 2004. As grounds, the government states that, as the parties explained a status conference on July 15, 2004, the parties require additional time to negotiate a plea agreement.  The parties agree that the period from July 15, 2004 to August 3, 2004 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from the delay will - by enabling the defendant fully to consider possible resolution of this case short of trial -  serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.   Wherefore, the government requests that the Court continue the final status conference to August 3, 2004 and exclude the period from July 15, 2004 to

August 3, 2004 from the period within which trial must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ John A. Capin
By:  _____
                              JOHN A. CAPIN
                              Assistant U.S. Attorney