UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        V.                      )    CRIMINAL NO. 03-10398-MLW
                                )
DAVID RUIZ                      )

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY
## FROM AUGUST 3, 2004 TO SEPTEMBER 9, 2004

The government, with the assent of the defendant, David Ruiz, hereby moves to exclude from the time within which the trial of this matter must commence the period from August 3, 2004 to September 9, 2004.  As grounds, the government states that, as the parties explained a status conference on August 3, 2004, the parties require additional time to complete discussions concerning a likely change of plea.  The parties agree that the period from August 3, 2004 to September 9, 2004 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from the delay will – by enabling the defendant fully to consider possible resolution of this case short of trial –  serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.

Wherefore, the government requests that the Court  exclude the period from August 3, 2004 to September 9, 2004

from the period within which trial must commence under the Speedy Trial Act.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        /s/ John A. Capin
                        By:  _____
                                        JOHN A. CAPIN
                                        Assistant U.S. Attorney