```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
          V.              )    CRIMINAL NO. 03-10398-MLW
                          )
DAVID RUIZ                )

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 29, 2004, AND FOR EXCLUDABLE DELAY

The government, with the assent of the defendant, David Ruiz, hereby moves the Court to continue the status conference scheduled to be held on September 9, 2004 until September 29, 2004 and to exclude the period of the continuance from the time within which the trial of this matter must commence. As grounds, the government states that the parties require additional time to complete discussions concerning a possible change of plea. The parties agree that the period from September 9, 2004 to September 29, 2004 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from the continuance will – by enabling the defendant fully to consider possible resolution of this case short of trial – serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.

Wherefore, the government requests that the Court continue the status conference until September 29, 2004 and exclude the period from September 9, 2004 to September 29, 2004 from the period within which trial must commence under the Speedy Trial Act.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         /s/ John A. Capin
                  By:    _____
                         JOHN A. CAPIN
                         Assistant U.S. Attorney
```