UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 03-10398 MLW |
| | ) |
| DAVID RUIZ | ) |
| | ) |

## MOTION TO IMPOUND

Defendant, David Ruiz, respectfully moves to seal the attached document.

DAVID RUIZ
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney John Capin by delivery on September 14, 2004.

*/s/ Charles P. McGinty*
Charles P. McGinty