UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>DAVID RUIZ )<br>) | CRIMINAL NO. 03-10398 MLW |

MOTION FOR COURT ORDER TO SECURE RECORDS

Defendant, David Ruiz, by his counsel, respectfully moves this Court for an order for the release of records from the Bridgewater State Hospital, relating to defendant's commitment to the hospital on or about September 15, 2004. As grounds for this motion, defense counsel states that Bridgewater State Hospital will not release the records without a court order. (The alternative approach, a signed authorization of defendant, will surely take more time.) For that reason, defendant seeks an order and submits a proposed order.

                                                                                                                    DAVID RUIZ
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

December 3, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10398 MLW |
| ) | |
| DAVID RUIZ ) | |
| ) | |

ORDER                IT IS HEREBY ORDERED that the Bridgewater State Hospital release to defendant's counsel, Charles McGinty of the Federal Defender Office, all records and reports relating to the commitment of David Ruiz to the Bridgewater State Hospital on or about September 15, 2004.

SO ORDERED

                                                                                   _____
                                                                                   MARIANNE B. BOWLER
                                                                                   Chief Magistrate Judge

December    , 2004