UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )    CRIMINAL NO. 03-10398-MLW
                                  )
DAVID RUIZ                        )

<u>ASSENTED-TO MOTION TO CONTINUE HEARING</u>

Defendant respectfully moves to continue the hearing in this matter until Friday morning, December 10, 2004, or such later date as this Court selects. As grounds for this motion, defense counsel states that he is required to be out-of-state at a Federal Defender conference until late Thursday, and apologizes for the need to reschedule. In addition, Assistant United States Attorney John Capin has a suppression hearing scheduled for Friday afternoon. Defendant submits that the intervening days should be excluded from the speedy trial period.

The government, per Assistant United States Attorney John A. Capin, assents to the filing of this motion.

DAVID RUIZ
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

December 7, 2004