UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        V.               )    CRIMINAL NO. 03-10398-MLW
                         )
DAVID RUIZ               )

**ASSENTED-TO MOTION TO EXCLUDE PERIOD FROM
DECEMBER 8, 2004 TO JANUARY 19, 2005 UNDER SPEEDY TRIAL ACT**

The government, with the assent of the defendant, David Ruiz, hereby moves the Court to exclude the period from December 8, 2004 to January 19, 2005 from the time within which the trial of this matter must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. As grounds, the government states that the Court has, at the defendant's request, continued this matter until January 19, 2005 for a further status conference to permit the defendant time to consider how to proceed in this action. The parties agree that the period from December 8, 2004 to January 19, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the delay resulting from the continuance will – by enabling the defendant fully to consider his options – serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.

Wherefore, the government requests that the Court exclude the period from December 8, 2004 to January 19, 2005 from the period within which trial must commence under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ John A. Capin

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney