UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ ) | |

ASSENTED-TO MOTION TO CONTINUE HEARING

Defendant David Ruiz, by his counsel, respectfully moves to continue the hearing in this matter, now scheduled for January 19, 2005, for an additional fourteen days. As grounds for this motion, defense counsel states that he is scheduled, along with other defense counsel, to do a walk-through of MCI Walpole in connection with the Marshal's plan to transfer federal detainees from Old Colony Correctional Institution to Walpole's Block 8. Counsel apologizes for the scheduling conflict. Additionally, counsel needs an additional ten days to meet and consult with his client in the wake of the Supreme Court decisions in United States v. Booker and United States v. Fanfan, Nos. 04-104-05, 543 U.S. __ (Jan. 12, 2005).

Defendant submits that the intervening days should be excluded from the speedy trial period.

The government, per Assistant United States Attorney John A. Capin, assents to the filing of this motion.

```
                                        DAVID RUIZ
                                        By his attorney,

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty
                                           B.B.O. #333480
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061
```

January 18, 2005