# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 03-10398-MLW

UNITED STATES OF AMERICA

v.

DAVID RUIZ

## FINAL STATUS REPORT

February 7, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant as being a felon in possession of a firearm, was returned on December 17, 2003;

2. The defendant was arraigned on the Indictment on March 3, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately five days;

5. Counsel for defendant Ruiz has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through February 4, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.


 /s/ Marianne B. Bowler                                    
**MARIANNE B. BOWLER**
United States Magistrate Judge

2