UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                                  **CRIMINAL  CASE**

                                                                                **NO.** <u>03-10398-MLW</u>
                                V.

<u>**DAVID RUIZ**</u>
                         **Defendant(s)**

## <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for an RULE 11 HEARING on <u>FEBRUARY 15, 2004</u> at 3:20 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                                                TONY ANASTAS
                                                                CLERK OF COURT

<u>**February 9, 2005**</u>                              **By:**   <u>/s/ Dennis O'Leary</u>
        **Date**                                                  **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                         [ntchrgcnf.]
                                                                 [kntchrgcnf.]