UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

## JOINT MOTION TO CONTINUE RULE 11 HEARING

The United States and the defendant, David Ruiz, hereby move the Court to continue the change-of-plea hearing in this case, which is scheduled to be held on February 15, 2005. As grounds, the parties state that the undersigned prosecutor has a scheduling conflict due to his involvement in the trial of <u>United States v. Michael Doucette, et al</u>, Criminal No. 03-10292-RCL. In that case, the Court has scheduled the trial day on February 15 to continue until 5:00 p.m. in order to expedite completion of the presentation of evidence.

Respectfully submitted,

| | |
|---|---|
| DAVID RUIZ | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ Charles P. McGinty | By:   /s/ John A. Capin |
| _____ | _____ |
| CHARLES P. MCGINTY | JOHN A. CAPIN |
| Federal Defender Office | Assistant U.S. Attorney |
| (617) 223-80061 | (617) 748-3264 |