UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10398

| United States | David Ruiz |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Charles McGinty |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 3/3/05 | Defendant requests more time in order to fully explain to his client the proceedings that were scheduled for today.  Defendant does anticipate that the case can still be resolved by way of plea.  Defendant agrees to waive all time between today and the next scheduled hearing.  Parties to file status report by 3/18/05 and report back on 3/23/05 at 4:00 for a Rule 11 hearing or initial pre-trial conference. |