```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
     v.                       )    Cr. No. 03-10398-MLW
                              )
DAVID RUIZ,                   )
         Defendant.           )
```

## ORDER

WOLF, D.J.                                              March 3, 2005

As requested by the parties in court today the scheduled Rule 11 hearing has been continued. It is hereby ORDERED that:

1. The parties shall, by March 18, 2005, file a written status report indicating whether the case will be resolved by way of a change of plea or proceed to trial.

2. Either a Rule 11 hearing or an initial pre-trial conference shall be held on March 23, 2005 at 4:00 PM.

3. With the agreement of the parties, the time from March 3, 2005, through March 23, 2005 is excluded for Speedy Trial Act purposes because the ends of justice served by postponing the Rule 11 hearing outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

                                   /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE