UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10398 MLW |
| | ) | |
| DAVID RUIZ | ) | |
| | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE HEARING

Defendant David Ruiz respectfully move to continue the hearing on this matter, now scheduled for March 23, 2005. As grounds for this motion, defense counsel states that he needs additional time to consult with his client to discuss several concerns that defendant has raised. To fairly address these matters and to have adequate time to visit with the client at the Plymouth County Correctional Facility, counsel asks for a further period of three weeks to report to the Court.

Defendant asks that this additional time be excluded from the Speedy Trial period in the interest of justice.

The government, by Assistant United States Attorney John Capin, assents to the allowance of this motion.

DAVID RUIZ
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: March 18, 2005