UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10398 MLW |
| | ) | |
| DAVID RUIZ | ) | |
| | ) | |

### DEFENDANT'S STATUS REPORT

Undersigned counsel submits the following report regarding the status of this matter: Undersigned counsel visited with Mr. Ruiz this morning, as he had approximately two weeks ago. On both occasions, Mr. Ruiz had little memory of matters discussed on earlier occasions. Even as to matters of personal history, Mr. Ruiz's memory was remarkably weak. Both in terms of his ability to comprehend sufficiently his current circumstances and to retain sufficient memory to undergo a Rule 11 proceeding, undersigned counsel is quite concerned.

Undersigned counsel is not suggesting at this time that there is an issue of competency. Mr. Ruiz sufficiently appreciates the role of the court and counsel, is entirely cooperative with counsel, and has expressed his intention to plead guilty. But he has trouble retaining the information he is given, and for that reason shows limited comprehension of his legal situation. If he were to undertake to plead in the current circumstances, this Court would likely halt the proceedings, finding that Mr. Ruiz is unable to appreciate his choices or make a knowing waiver of his rights.

As this Court is aware from the Bridgewater Hospital records, Mr. Ruiz has had at least one earlier psychiatric admission, has an Axis III diagnosis of head injury from a motor vehicle at age 8, and had attempted suicide while at Plymouth County Correctional Facility. Mr. Ruiz

dropped out of school in the 7th grade, was in special education programs while in school and cannot read. Undersigned counsel is gathering school and treatment records, and will submit these to a neuropsychologist for evaluation.

    Defendant, at the conference on Thursday, April 21, will ask for additional time to conduct an evaluation into the level of Mr. Ruiz's cognitive functioning.

                                      DAVID RUIZ
                                      By his attorney,

                                      /s/ Charles P. McGinty

                                      Charles P. McGinty
                                        B.B.O. #333480
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

Date: April 15, 2005