UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10398

| United States | David Ruiz |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Charles McGinty |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 4/21/05 | Defense counsel requests more time to decide whether the defendant will plead.  Defense counsel would like to explore the cognitive dysfunction of the defendant.  Government does not object to the request. |
| | Court allows the defendant's motion to continue and excludes all time from today's date to the change of plea. |
| | Court orders the defendant to report back to the court with a report from a neuro-psychologist and whether the defendant wishes to go forward with the rule 11 hearing by 5/27/2005.  Parties to report back on June 3, 2005 at 3:00PM |