UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 03-10398-MLW
                            )
DAVID RUIZ                  )
```

MOTION FOR DETERMINATION OF DEFENDANT'S COMPETENCY

Undersigned counsel respectfully moves this Court, pursuant to 18 U.S.C. § 4241, for a psychiatric examination of David Ruiz and for a subsequent hearing to determine whether he is competent to stand trial.

As set out in §4241:

> At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant.  The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease of defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Counsel believes that there is reasonable cause to believe that the defendant "may be presently suffering from a mental disease or defect" which renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  In support, undersigned counsel

submits, separately and under seal, the report of David A. Gansler, Ph.D., ABPP/CN, Diplomate in Clinical Neuropsychology.

Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), defendant requests that the Court commit him to the custody of the Attorney General for placement in a suitable facility closest to the Court unless impracticable, for a period not to exceed 30 days for medical determination of the defendant's competency to stand trial.

DAVID RUIZ
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
   B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

May 27, 2005