UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10398 MLW |
| | ) | |
| DAVID RUIZ | ) | |
| | ) | |

### MOTION TO IMPOUND

Defendant, David Ruiz, respectfully moves to file the attached document under seal.

DAVID RUIZ
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney John A. Capin by delivery on May 31, 2005.

*/s/ Charles P. McGinty*
Charles P. McGinty