UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10398

| United States | David Ruiz |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Charlie McGinty |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 6/3/05 | Court takes up the defendant's motion for a competency evaluation. Government does not oppose the motion. |
| | Court allows the motion. Order to issue under seal. Court remands the defendant to the custody of the US Attorney for the purpose of a competency evaluation. Hearing set for 8/11/2005 at 3:00 PM. |