UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>          <u>**CRIMINAL  CASE**</u>

                         **NO.** <u>**03-10398-MLW**</u>
     V.

<u>**DAVID RUIZ**</u>
          Defendant(s)


## NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a STATUS CONFERENCE on <u>**AUGUST 11, 2005**</u> at 3:00 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                         SARAH A. THORNTON
                         CLERK OF COURT

<u>**July 14, 2005**</u>          By:    <u>**/s/ Dennis O'Leary**</u>
     Date                   Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)            [ntchrgcnf.]
                                    [kntchrgcnf.]