UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE FOR 30 DAYS**

The United States and the defendant, David Ruiz, hereby move the Court to continue the status conference, currently scheduled to be held on August 11, 2005, for approximately 30 days. As grounds, the parties state as follows:

1. On June 3, 2005, the Court allowed the defendant's Motion for Determination of Defendant's Competency and scheduled a status conference to be held on August 11, 2005. It was the expectation of the Court and the parties that the defendant's competency examination would be completed before August 11, 2005.

2. The parties have learned that the defendant arrived at the United States Medical Center in Springfield, Missouri on approximately July 7, 2005 to commence his competency examination. The expected duration of that examination is 45 days, i.e. until approximately August 21, 2005. According to Dr. Christina Pietz of the Medical Center a competency report to be completed by will be completed by the first week of September 2005.

Wherefore, the parties request that the Court continue the status conference for approximately 30 days to permit adequate time for the completion of the defendant's competency examination, the preparation of a report on that examination, and the review of that report by the parties.

Respectfully submitted,

| | |
|---|---|
| DAVID RUIZ | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ Charles P. McGinty | By:   /s/ John A. Capin |
| _____ | _____ |
| CHARLES P. MCGINTY | JOHN A. CAPIN |
| Federal Defender Office | Assistant U.S. Attorney |
| (617) 223-80061 | (617) 748-3264 |