

**U.S. Department of Justice**

Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

Springfield, MO 65801-4000

July 15, 2005

The Honorable Mark L. Wolf
United States District Judge
5110 John Joseph Moakley
United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

RE:  RUIZ, David
    Reg. No. 25056-038
    Docket No. 03-10398- MLW

Dear Judge Wolf:

The above-named inmate was received at the United States Medical Center for Federal Prisoners on July 14, 2005, for psychological evaluation under Title 18 U.S.C. 4241. Mr. Ruiz will remain at this facility for up to 30 days to determine his competency to stand trial. The final staffing date is scheduled for August 13, 2005. A copy of the requested psychological study will follow.

The defendant may receive voluntary psychiatric medication during this evaluation if our clinicians determine it is warranted and he consents. If involuntary medication becomes necessary in an emergency situation, this information will be outlined in the forensic report.

If you have any questions or require additional information, Mr. Ruiz is being seen by Dr. Christina Pietz. Dr. Pietz may be reached at (417)862-7041, extension 444.

Sincerely,

Donna Davis
/s/ J.M. Roberts, Unit Manager
Mental Health Unit