UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ           ) | |

### DEFENDANT'S ASSENT TO REQUEST OF FMC SPRINGFIELD FOR ADDITIONAL TIME TO COMPLETE EVALUATION

Undersigned counsel, on behalf of defendant David Ruiz who is currently under court-ordered evaluation at FMC Springfield, assents to the request of Dr. Christina Pietz of FMC Springfield for additional time to conduct the competency evaluation of Mr. Ruiz.  As grounds, counsel states:

1.  On June 3, 2005, this Court entered an order, pursuant to 18 U.S.C. § 4241, for a competency examination of David Ruiz and for a subsequent hearing to determine whether he is competent to stand trial or enter a plea.

2.  On or about July 15, 2005, defendant arrived in FMC Springfield for evaluation.  By letter of the same date, undersigned counsel mailed to FMC Springfield copies of relevant treatment records.

3.   This morning, September 1, 2005, Dr. Christina Pietz of FMC Springfield telephoned this counsel seeking his assent to additional time to permit a CAT scan and further neurological testing of Mr. Ruiz.  Dr. Pietz stated that, while Mr. Ruiz

"definitely has deficits," further testing would aid in determining the scope of the deficits and how much his resulting mental confusion might impact his ability to understand court proceedings.  Undersigned counsel stated that he would indicate to this Court his assent to a 30-day extension.  (Undersigned counsel telephoned government counsel to seek his assent but was informed he is unavailable; undersigned counsel nonetheless believes that government counsel would similarly assent).

  4.  To permit an extension greater than 15 days (here 30 days), this Court must find, pursuant to 18 U.S.C. § 4247(b), that good cause exists for the additional time.  Undersigned counsel submits, on the representation of Dr. Pietz that 30 days would permit completion of a CAT scan and additional diagnostic tests, that good cause does exist for an extension of 30 days.

  5. In the event this Court extends the time for the evaluation, undersigned counsel asks that the currently scheduled dates of September 23 for a report to the Court and October 11 for a competency hearing be rescheduled consistent with the Court's order.

  Accordingly, undersigned counsel assents to entry of an order of this Court extending Mr. Ruiz's commitment to FMC Springfield for an additional 30 days, and submits a draft order to the Court for that purpose, and asks to reschedule the court dates now set in this Court.

```
                              DAVID RUIZ
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                 B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

September 1, 2005