UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

<u>ORDER</u>

WOLF, U.S.D.J.                                         September __, 2005

    The Court, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), upon finding good cause that the additional time is necessary to observe and evaluate defendant, hereby authorizes an additional period of 30 days for FMC Springfield to complete its competency evaluation of defendant.

 

_____
Mark L. Wolf
UNITED STATES DISTRICT JUDGE