UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ ) | |

<u>ORDER</u>

WOLF, U.S.D.J.                                September 2, 2005

The Court, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), upon finding good cause that the additional time is necessary to observe and evaluate defendant, hereby authorizes an additional period of 30 days for FMC Springfield to complete its competency evaluation of defendant.

                                              /s/ Mark L. Wolf
                                              Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE