UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

**JOINT MOTION TO EXTEND TIME TO FILE MEMORANDA REGARDING
DEFENDANT'S COMPETENCY AND TO CONTINUE HEARING**

The United States and the defendant, David Ruiz, hereby move the Court to extend the time within which the parties may file memoranda regarding the defendant's competency from October 21, 2005 to November 2, 2005.  The parties further move the Court to continue the hearing scheduled for November 2, 2005 for approximately one week.  As grounds, the parties state as follows:

1. On June 3, 2005, the Court allowed the defendant's Motion for Determination of Defendant's Competency.  On September 2, 2005, the Court ordered the parties to file any memoranda regarding the defendant's competency by October 21, 2005 and scheduled a hearing to be held on November 2, 2005.

2. The parties have, on this date, October 21, 2005, received the Competency Report prepared by the United States Medical Center in Springfield, Missouri.  Moreover, the parties have, on this date, learned that the defendant has been returned from Missouri to the District of Massachusetts and that he arrived two days ago, on October 19, 2005.

3. The undersigned defense counsel requires time to confer and review the Competency Report with the defendant.  Once defense counsel and the defendant have conferred, the parties will confer with regard to how to proceed and file a

memorandum or memoranda with the Court accordingly.

Wherefore, the parties request that the Court extend the time within which the parties may file memoranda regarding the defendant's competency from October 21, 2005 to November 2, 2005 and continue the hearing scheduled for November 2, 2005 for approximately one week.

Respectfully submitted,

| | |
|---|---|
| DAVID RUIZ | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ Charles P. McGinty | By: /s/ John A. Capin |
| _____ | _____ |
| CHARLES P. MCGINTY | JOHN A. CAPIN |
| Federal Defender Office | Assistant U.S. Attorney |
| (617) 223-80061 | (617) 748-3264 |