UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

GOVERNMENT'S STATUS REPORT AND RESPONSE
TO DEFENDANT'S REQUEST FOR ADDITIONAL EXAMINER
PURSUANT TO 18 U.S.C. § 4247(b) AND FOR FURTHER TIME TO PREPARE

    The government hereby reports to the Court in accordance with the Court's instructions and responds to Defendant's Request For Additional Examiner Pursuant to 18 U.S.C. § 4247(b) and for Further Time to Prepare. The government is in receipt of, and has reviewed, the report prepared by the U.S. Medical Center for Federal Prisoners regarding the defendant's competency. The government agrees with the defendant's assertion that this Court has the authority to order additional examination of the defendant if the Court finds such additional examination warranted. However, the government disagrees with the defendant's claim that appointment of an additional examiner is necessary in light of the competency report prepared by the U.S. Medical Center, which report documents a thorough examination of the defendant. The government has no objection to allowing the defendant additional time to prepare for a hearing on the issue of competency, in the event such a hearing is deemed necessary.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ John A. Capin
    _____
    JOHN A. CAPIN
    Assistant U.S. Attorney