UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ ) | |

JOINT RESPONSE TO THE ORDER OF
THE COURT RE: PROPOSED EXAMINER

    The parties, in response to the Order of this Court, dated January 30, 2006, hereby provide the Court with the names of two qualified examiners, both forensic neuropsychologists, skilled in forensic work as well as in the evaluation of neuropsychological testing.  As this Court is aware, the testing performed at FMC Springfield was primarily neuropsychological, geared to assessing defendant's cognition and memory.  After consultation with several psychologists and psychiatrists, counsel was told that the expertise needed here was neuropsychological.

    William Stone, Ph.D., is an Assistant Professor of Psychology at Harvard Medical School and directs the clinical neuropsychological assessment service at the Massachusetts Mental Health Center (MMHC), which performs neuropsychological and psychological evaluations.  Dr. Stone co-teaches a Psychological Assessment Seminar for clinical psychology interns at MMHC, and has presented programs within Harvard Medical School on neuropsychological testing.  His resume is attached.

Dr. Stone has been made aware of the course of evaluation of Mr. Ruiz, and has stated that he has both the expertise and availability to perform the evaluation. He has asked that we provide copies of testing performed to date, and has stated that he can meet with Mr. Ruiz within three weeks and can prepare a report within six weeks.

Thomas Deters, Ph.D., is a clinical neuropsychologist at the MGH and Director of Neuropsychology at the Spaulding Rehabilitation Hospital. He has conducted seminars on detection of deception and malingering and on assessment of malingering with psychological and neuropsychological testing. As with Dr. Stone, Dr. Deters has been told about the course of Mr. Ruiz's evaluations to date, and has stated that he has the expertise and availability to perform the evaluation. He too has asked that we provide copies of testing performed to date, and has stated that he can meet with Mr. Ruiz within three weeks and can prepare a report within six weeks.

The parties submit these names as appropriate experts for appointment pursuant to 18 U.S.C. § 4247(b).

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | DAVID RUIZ<br>By his attorney, |
| /s/ John A. Capin | /s/ Charles P. McGinty |
| By:  John A. Capin<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel: 617-748-3264 | Charles P. McGinty<br>   B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Tel: 617-223-8061 |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2006

/s/ Charles P. McGinty

Charles P. McGinty