**CURRICULUM VITAE**                                    Date Prepared: 10/25/05

**Part I**
Demographic:

| | |
|---|---|
| Name: | William S. Stone |
| Office Address: | Harvard Medical School Department of Psychiatry |
| | 25 Shattuck Street |
| | Boston, MA 02115 |
| | (617) 998-5035 |
| | wstone@bidmc.harvard.edu |

| | |
|---|---|
| Home Address: | 17 Key Street |
| | Millis, MA 02054 |
| | (508) 376-4680 |

| | |
|---|---|
| Place of Birth: | Bronx, New York |

Education and Training:

Education:
| | |
|---|---|
| 1973 B.A. | State University of New York at Albany |
| 1977 M.A. | New York University |
| 1986 Ph.D. | Wayne State University (Biological Psychology) |
| 1995 Respecialization | University of Virginia (Clinical Psychology) |

Postdoctoral Training:
Internships:
| | |
|---|---|
| 1994-1995 | Clinical Psychology Intern, Brockton/West RoxburyVeteran's Affairs Medical Center, Brockton, MA. |

Clinical and Research Fellowships:
| | |
|---|---|
| 1985-1991 | Postdoctoral Fellow, Psychobiology Program, University of Virginia |
| 1994-1996 | Fellow in Clinical Psychology, Harvard Medical School, Boston |
| 1995-1997 | Neuropsychology Fellow, Massachusetts Mental Health Center/New England Deaconess Hospital, Boston |

Licensure and Certification:
| | |
|---|---|
| 1996 | Psychologist Provider (Massachusetts) |

Academic Appointments:
| | |
|---|---|
| 1977-1981, | Part-time faculty (Psychology), |
| 1984-1985 | Wayne State University, Detroit |
| 1983 | Part-time faculty (Psychology), |

1

|             | Iona College, New Rochelle, NY |
| 1985-1993   | Lecturer in Psychology, University of Virginia |
| 1996-1999   | Instructor of Psychology, Harvard Medical School |
| 2000-present | Assistant Professor of Psychology, Harvard Medical School |

Hospital or Affiliated Institution Appointments:

| 1997-1998   | Medfield State Hosp, Psychologist (Adjunct appointment) |
| 1997- 2003  | McLean Hospital, Assistant Neuropsychologist (Adjunct appointment) |
| 1998-2002   | Massachusetts Mental Health Center, Associate Director of Neuropsychology |
| 1999-2003   | Training Coordinator, Harvard Institute of Psychiatric Epidemiology and Genetics |
| 2002-       | Massachusetts Mental Health Center, Director of Clin. Neuropsychology |
| 2002-       | Massachusetts Mental Health Center – Beth Israel Deaconess Medical Center, Training Director, Post-Doctoral Fellowship in Neuropsychology |
| 2005 -      | Massachusetts Mental Health Center Division of Public Sector Psychiatry, Beth Israel Deaconess Medical Center Department of Psychiatry |

Other Professional Positions:

| 1974-1976   | Psychological Assistant, Manhattan Children's Psychiatric Center, Ward's Island, NY |
| 1982-1983   | Special Education Teacher, NYC Board of Education |
| 1993-1994   | Researcher, Neuroclinical Trials Center, Department of Neurosurgery, University of Virginia Health Sciences Center |
| 1997-       | Researcher, Harvard Institute of Psychiatric Epidemiology and Genetics |

Committee Assignments:

| 1989   | Reviewer, National Science Foundation |
| 1992   | Reviewer, Minority Biomedical Research Study Section, National Institutes of Health |
| 2002 - | Research Committee, Massachusetts Mental Health Center |
| 2002 - | Governor Murphy Fellowship Fund, Mass Mental Health Center |

Professional Society Involvement:

| 1980- | Society for Neuroscience (member) |
| 1986- | American Psychological Association (member) |
| 1988- | American Psychological Society (member) |
| 1995- | Massachusetts Neuropsychological Society (member and Past President) |
| 2002 - | American Psychopathological Association (member) |

Awards and Honors:

| 1969-1973 | New York State Regents Scholarship |
| 1978-1981 | National Institute of Mental Health Training Grant |
| 1987-1989 | National Research Service Award (NIA) |

2

| 1996-1997 | Peter Livingston Award, Department of Psychiatry, Harvard Medical school |
| 1997-1999 | National Alliance for Research in Schizophrenia and Depression (NARSAD) Young Investigator's Award |
| 1999-2000 | Janssen Research Fellowship |
| 2000-2002 | NARSAD Young Investigator's Award |

Grants (PI):

| 1996-1997 | Peter Livingston Award, Department of Psychiatry, Harvard Medical School, *Information Load and Memory Deficits in Schizophrenia* |
| 1997-1999 | NARSAD Young Investigators Award, *Are Memory Deficits in Schizophrenia Reversible?: Glucose Administration as a Selective Psychopharmacological Probe* |
| 2000-2002 | NARSAD Young Investigator's Award, *Glucose enhancement of Memory in schizophrenia: An fMRI study to determine neuroanatomical sites of action* |

## Part II

A. Narrative Report:

My research interests can be divided mainly into three inter-related areas. These include: first, the neuropsychology of major mental illnesses, the behavioral and molecular genetics of genetically influenced disorders, such as schizophrenia and bipolar disorder; and third, the neurobiology of learning in memory, with particular interests in glucose administration and regulation as models of cognitive disorders and for cognitive remediation. About half of my time is devoted to research. My teaching responsibilities can be divided into five areas. First, I co-direct a year-long weekly Seminar in Clinical Neuropsychology for Harvard post doctoral fellows and others. Second, I direct a post-doctoral Fellowship in Clinical Neuropsychology at the Beth Israel Deaconess Medical Center. Third, I supervise post-doctoral fellows and clinical psychology interns in clinical neuropsychology and in other forms of psychological assessment. Fourth, I co-teach the Psychological Assessment Seminar for clinical psychology interns at MMHC, and teach the Neuropsychological Assessment portion of the course. Fifth, I give yearly lectures to Harvard Longwood residents in psychiatry (the limbic system), to graduate students in epidemiology at the Harvard School of Public Health (schizophrenia spectrum disorders) and to clinical psychology interns at Cambridge Hospital (personality assessment with the MMPI-2). My direct clinical responsibilities involve directing the clinical neuropsychological assessment service at the Massachusetts Mental Health Center Division of Public Sector Psychiatry in the Beth Israel Deaconess Medical Center Department of Psychiatry.

B. Funding (External):

2003-2008    NIMH-sponsored ROI MH65562 (Site Coordinator; LJ Seidman, PI) Consortium on the Genetics of Schizophrenia

C. Report of Current research Activities:

Current research projects focus on: 1) the role of glucose regulation and administration in schizophrenia; 2) characterization and syndromal validation of schizotaxia; and 3) treatments for neuropsychological and psychiatric deficits in nonpsychotic first-degree relatives of patients with schizophrenia.

D. Report of Teaching:
1. Local:

Graduate Seminars:
Name - Neuropsychology Seminar (year-long course)
Role - Co-director and lecturer
Students - 15 Harvard postdoctoral fellows in neuropsychology
Preparation and contact time - 5 hrs/week (since 7/96)

Continuing Medical Education Courses:
Name - HMS Department of Continuing Education: Annual Conference on Contemporary
       Applications of Psychological Testing (since 1998)
Role – Course co-director and workshop presenter

Name - HMS Department of Continuing Education: Annual Summer Seminars for Mental Health
Professionals: Neuropsychological Testing (1998-2001)
Role - Co-presenter

Advisory and supervisory responsibilities:
Responsibilities - Clinical supervision of postdoctoral fellow in neuropsychology
Number of trainees - 2
Hours - 3/week (since 7/98)

Responsibilities - Clinical supervision of clinical psychology intern
Number of trainees - 1
Hours - 1/week (since 7/00)

2. Regional, National or International Contributions:
a. Invited Presentations:

1987                Invited Speaker, National Institute on Aging, Workshop on Memory and
                    Aging, "Sleep and Memory Relationships in Intact Old and Amnestic
                    Young Rats", Baltimore, MD.

1988                Invited Speaker, Twelfth Winter Conference on the Neurobiology of
                    Learning and Memory, "Sleep and Memory Relationships in Aged Rats",
                    Park City, Utah.

4

1989            Invited Speaker, Johns Hopkins Alumni Association, "Functions of
               Sleep", Wintergreen, VA.

1990            Invited Speaker, Virginia Recreation and Parks Service Annual
               Conference, "Sleep and Aging", Richmond, VA.

               Invited Speaker, Neuroscience Graduate Program Colloquium, University
               of Virginia, "Glucose, Sleep, and Memory", Charlottesville, VA.

1991            Invited Speaker, Gerontology Research Center, National Institute   on
               Aging, "Relationships Among Glucose, Memory and Sleep During
               Aging", Baltimore, MD.

1992            Invited Speaker, Regeneron Pharmaceutical Company, "Relationships
               Between Glucose, Memory and Sleep During Aging", Tarrytown, New
               York.

1993            Invited Speaker, Neuropsychology Colloquium, Department of Psychiatric
               Medicine, University of Virginia Health Sciences Center, "Sleep and
               Memory", Charlottesville, VA.

1994            Invited Speaker, Gerontology Research Center, National Institute   on
               Aging, "Relationships Among Glucose, Memory and Sleep During Aging:
               An Update", Baltimore, MD.

1994            Invited Speaker, Seminar in the Psychology of Aging, Johns Hopkins
               University, "Sleep and Aging", Baltimore, MD.

1995            Invited Speaker, Boston University Memory Disorders Research Center,
               "Glucose, Memory and Sleep During Aging". Boston, MA.

1997            Brigham and Women's Hospital, Behavioral Neuroscience Seminars,
               "Glucose and Memory: More than just a Treat? Boston, MA.

2000            Massachusetts Neuropsychological Society, "Schizotaxia and the
               Prevention of Schizophrenia". Boston, MA.

2000            Massachusetts Neuropsychological Society, "Glucose and Cognition: The
               Significance of Sweet Memories". Boston, MA.

2000            American Academy of Child and Adolescent Psychiatry, "Towards the
               Prevention of Schizophrenia", New York, NY.

2001            American Society of Neurochemistry / International Society of
               Neurochemistry, "Molecular Biology of Schizophrenia", Buenos Aires,

Argentina.

2001    Brigham and Women's Hospital, Behavioral Neuroscience Seminars, "Update on Glucose, Memory and Schizophrenia". Boston, MA.

2004    Conference on Overlapping of the Spectra Between Schizophrenia and Affective Disorders, "Overlapping of the Spectra: Physical Comorbidity Between Schizophrenia and Affective Disorders". Offenbach, Germany.

2005    Training session on the detection of the vulnerability to schizophrenia, "Conceptualization and assessment of schizotaxia". Central South Medical University, Changsha, China.

E. Report of clinical Activities:

1. Description of clinical practice – As described above, I direct the clinical neuropsychological assessment service at the Massachusetts Mental Health Center Division of Public Sector Psychiatry in the Beth Israel Deaconess Medical Center Department of Psychiatry. The focus of my clinical work involves neuropsychological and psychological evaluations that cover a wide range of problems in adolescents and adults. The majority of my direct clinical work comes in the context of my private practice, which includes clinical referrals, IMEs, and other forensic neuropsychological / psychological evaluations.

2. Patient load - two to four cases/month.

**Part III**
Bibliography:

Original Articles:

1. Stone, WS, Eggleton, CE, Asdourian, D. Task parameter effects on the performance of rats with unilateral hypothalamic lesions. Physiology and Behavior 1980; 26:757-761.

2. Stone, WS, Eggleton, CE, Berman, RF. Opiate modification of amygdaloid-kindled seizures in rats. Pharmacology Biochemistry and Behavior 1982; 16:751-756.

3. Altman, HJ, Stone, WS, Ogren, SO. Evidence for a possible functional interaction between serotonergic and cholinergic mechanisms in memory retrieval. Behavioral and Neural Biology 1987; 48:49-62.

4. Stone, WS, Cottrill, KL, Gold, PE. Glucose and epinephrine attenuation of scopolamine-induced increases in locomotor activity in mice. Neuroscience Research Communications 1987; 1:105-111.

5. Stone, WS, Gold, PE. Amygdala kindling effects on sleep and memory in rats. Brain Research 1988; 449:135-140.

6. Stone, WS, Croul, CE, Gold, PE. Attenuation of scopolamine-induced amnesia in mice. Psychopharmacology 1988; 96:417-420.

7. Stone, WS, Cottrill, KL, Walker, D, Gold, PE. Blood glucose and brain function: Interactions with CNS cholinergic systems. Behavioral and Neural Biology 1988; 50:325-334.

8. Markowska, AL, Stone, WS, Ingram, DK, Reynolds, J, Gold, PE, Conti, LH, Pontecorvo, MJ, Wenk, GL Olton, DS. Individual differences in aging: Behavioral and neurobiological correlates. Neurobiology of Aging 1989; 10:31-43.

9. Stone, WS, Altman, HJ, Berman, RF, Caldwell, DF, Kilbey, MM. Association of sleep parameters and memory in intact old and nucleus basalis-lesioned young rats. Behavioral Neuroscience 1989; 103:755-764.

10. Stone, WS, Wenk, GL, Olton, DS, Gold, PE. Poor glucose regulation predicts sleep and memory deficits in normal aged rats. Journal of Gerontology: Biological Sciences 1990; 45:B169-173.

11. Stone, WS, Rudd, RJ Gold, PE. Amphetamine, epinephrine and glucose enhancement of memory retrieval. Psychobiology 1990; 18:227-230.

12. Stone, WS, Rudd, RJ, Gold, PE. Glucose and physostigmine effects on morphine- and amphetamine-induced increases in locomotor activity in mice. Behavioral and Neural Biology 1990; 54:146-155.

13. Stone, WS, Walser, B, Gold, SD Gold, PE. Scopolamine- and morphine-induced impairments of spontaneous alternation behavior in mice: Reversal with glucose and with cholinergic and adrenergic agonists. Behavioral Neuroscience 1991; 105:264-271.

14. Stone, WS, Wenk, GL, Stone, SM, Gold, PE. Glucose attenuation of paradoxical sleep deficits in old rats. Behavioral and Neural Biology 1992; 57:79-86.

15. Stone, WS, Rudd, RJ, Ragozzino, ME, Gold, PE. Glucose attenuates memory deficits in mice with altered light-dark cycles. Psychobiology 1992; 20:47-50.

16. Hall, JL, Reilly, RT, Cottrill, KL, Stone, WS Gold, PE. Phlorizin enhancement of memory in rats and mice. Pharmacology Biochemistry and Behavior 1992; 41:295-299.

17. Stone, WS, Walker, DL Gold, PE. Sleep deficits in rats after NMDA receptor blockade. Physiology and Behavior 1992; 52:609-612.

18. Arankowsky, G, Stone, WS, Gold, PE. Auditory stimulation enhances REM sleep in young

7

and old Fisher 344 rats. Brain Research 1992; 589:353-357.

19. Stone, WS, Rudd, RJ, Gold, PE. Glucose effects on scopolamine- and age-induced deficits in spontaneous alternation behavior and in regional brain [$^3$H]2-deoxyglucose uptake in mice. Psychobiology 1992; 20:270-279.

20. Stone, WS, Rudd, RJ, Gold, PE. Glucose attenuation of atropine-induced deficits in paradoxical sleep and memory. Brain Research 1995; 694: 133-138.

21. Stone, WS, Altman, HJ, Arankowsky-Sandovaal, G, Parekh, PI, Hall, JL Gold, PE. Prenatal exposure to alcohol in adult rats: Relationships between sleep and memory deficits, and effects of glucose administration on memory. Brain Research 1996; 742: 98-106.

22. Stone, WS, Rudd, RJ, Parsons, MW Gold, PE. Memory scores in middle-aged rats predict later deficits in memory, paradoxical sleep and blood glucose regulation in old age. Experimental Aging Research 1997; 23: 287-300.

23. Manning, C., Stone, W.S., Korol, D.L. Gold, P.E. Glucose enhancement of 24 hour memory retrieval in healthy elderly humans. Behavioral Brain Research 1998; 93: 71-76.

24. Seidman, LJ, Stone, WS, Jones, R, Harrison, RH Mirsky, A. Effects of schizophrenia and complex partial epilepsy on memory. Journal of the International Neuropsychological Society 1998; 4: 342-352.

25. Manning, CA, Honn, VJ, Stone, WS, Jane, JS and Gold, PE. Glucose effects on adults with Down's syndrome. Neuropsychology 1998; 12: 479-484.

26. Tsuang, MT, Stone, WS, Seidman, LJ, Faraone, SV, Zimmet, S, Wojcik, J, Kelleher, J and Green, AI. Treatment of non-psychotic relatives of patients with schizophrenia: four case studies. Biological Psychiatry 1999; 45: 1412-1418.

27. Tsuang, MT, Stone, WS and Faraone, SV. Toward reformulating the diagnosis of schizophrenia. American Journal of Psychiatry 2000; 157: 1041-1050.

28. Stone, WS, Faraone, SV, Seidman, LJ, Green, AI, Wojcik, JD and Tsuang, MT. Concurrent validation of schizotaxia: A pilot study. Biological Psychiatry, 2001; 50: 434-440.

29. Stone, WS, Seidman, LJ, Wojcik, JD and Green, AI. Glucose effects on cognition in schizophrenia. Schizophrenia Research, 2003; 62: 93-103.

30. Stone, WS, Faraone, SV, Su, J, Tarbox, SI, Van Eerdewegh, P, and Tsuang, MT. Evidence for linkage between regulatory enzymes in glycolysis and schizophrenia in a multiplex sample. Neuropsychiatric Genetics, 2004; 127B:5-10.

31. Abdolmaleky, HM, Smith, CL, Faraone, SV, Shafa, R, Stone, W, Glatt, SJ, and Tsuang, MT.

8

Methylomics in psychiatry: modulation of gene-environment interactions may be through DNA methylation. Neuropsychiatric Genetics, 2004; 127B: 51-59.

32. Stone, W.S., Thermenos, H.W., Tarbox, S.I., Poldrack, R.A. and Seidman, L.J. Medial temporal and prefrontal lobe activation during verbal encoding following glucose ingestion in schizophrenia. Neurobiology of Learning and Memory, 2005; 83: 54-64.

Reviews:

1. Stone, WS, Gold, PE. Sleep and memory relationships in intact old and amnestic young rats. Neurobiology of Aging 1988; 9:719-727.

2. Gold, PE, Stone, WS. Neuroendocrine factors in age-related memory dysfunctions: Studies in animals and humans. Neurobiology of Aging 1988; 9:709-717.

3. Stone, WS. Sleep and aging in animals: Relationships with circadian rhythms and memory. Clinics in Geriatric Medicine 1989; 5:363-379.

4. Stone, WS. What is biological psychology? Contemporary Psychology 1991; 36:1048-1049.

5. Stone, WS Gottesman, II. A perspective on the search for the causes of alcoholism: Slow down the rush to genetical judgements. Neurology Psychiatry and Brain Research 1993; 1: 123-132.

6. Stone, WS. The unifying role of memory. Contemporary Psychology 1994; 39:357-358.

7. Tsuang, MT, Stone, WS Faraone, SV. Schizophrenia: Epidemiology and genetic studies. Italian Journal of Psychiatry and Behavioral Sciences 1998; 8:59-71.

8. Tsuang, MT, Stone, WS, Faraone, SV. Overview of treatments for schizotypal and schizoid personality disorders. Noos, 1998, 4:201-215.

9. Tsuang, MT, Stone, WS, Faraone, SV. Schizophrenia: A review of genetic studies. Harvard Review of Psychiatry, 1999, 7:185-207.

10. Tsuang, MT, Stone, W.S. and Faraone, S.V. Conceptualization of the liability for schizophrenia: clinical implications. Dialogues in Clinical Neuroscience, 1999, 1:153-164.

11. Tsuang, MT, Stone, W.S. and Faraone, S.V. The genetics of schizophrenia. Current Psychiatry Reports, 1999; 1:20-24.

12. Tsuang, M.T., Stone, W.S. and Faraone, S.V. Towards the prevention of schizophrenia. Biological Psychiatry, 2000, 48, 349-356.

13. Tsuang, MT and Stone, WS. Origins and development of schizophrenia: advances in

experimental psychopathology (Book Review). American Journal of Psychiatry, 2000, 157:1898.

14. Tsuang, M.T., Stone, W.S. and Faraone, S.V. Schizophrenia: vulnerability versus disease. Dialogues in Clinical Neuroscience, 2000, 2:257-266.

15. Tsuang, M.T., Stone, W.S. and Faraone, S.V. Family studies and treatment of spectrum disorders. Dialogues in Clinical Neuroscience, 2000, 2:381-391.

16. Stone, WS Delta Rhythms. Encyclopedia of Psychology and Neuroscience, 2001, 433-435.

17. Tsuang, MT, Stone, W.S. and Faraone, S.V. Genes, environment and schizophrenia. British Journal of Psychiatry, 2001; 178 (suppl. 40): s18-s24.

18. Tsuang, M.T., Stone, W.S. and Faraone, S.V. Towards the prevention of schizophrenia. Child and Adolescent Psychopharmacology News, 2001; 6: 9-11.

19. Tsuang, M.T., Stone, W.S. and Faraone, S.V. Genetic aspects of schizophrenia. Fast Facts – Psychiatry Highlights 2001-2002, 2002, 21-26.

20. Tsuang, M.T., Stone, W.S., Tarbox, S.I. and Faraone, S.V. An integration of schizophrenia with schizotypy: Identification of schizotaxia and implications for research on treatment and prevention. Schizophrenia Research, 2002; 54: 169-175.

21. Stone, WS and Tsuang, MT. The concept of the gene in development and evolution: historical and epidemiological perspectives (Book Review). American Journal of Psychiatry, 2002; 159: 335.

22. Tsuang, M.T., Stone, W.S. and Faraone, S.V. Schizotaxia: Understanding liability for schizophrenia: Towards intervention and prevention. Canadian Journal of Psychiatry, 2002, 47: 518-526.

24. Tsuang, M.T., Stone, W.S., Tarbox, S.I. and Faraone, S.V. Treatment of nonpsychotic relatives of patients with schizophrenia: A pilot study. Neuropsychiatric Genetics, 2002, 114 (8): 943-948.

25. Tsuang, M.T., Stone, W.S., Gamma, F. and Faraone, S.V. Schizotaxia: Current status and future directions. Current Psychiatry Reports, 2003, 5 (2), 128-134.

26. Stone, W.S., Delta rhythms and activity. In: Craighead, WE and Nemeroff, CB, Eds., Corsini Concise Encyclopedia of Psychology, 2004, 268-271.

27. Tsuang, M.T., Bar, J.L., Stone, W.S., and Faraone, S.V. Gene-environment interactions in mental disorders. World Psychiatry, 2004, 3 (2): 73-83.

28. Tsuang, M.T., Stone, W.S., Tarbox, S.I. and Faraone, S.V. Validating schizotaxia and its

place in studies of preventing schizophrenia by psychopharmacological intervention. Directions in Psychiatry, 2004, 24 (4): 265-278.

29. Stone, W.S., Faraone, S.V., Seidman, L.J., Olson, E.A. and Tsuang, M.T. Searching for the liability to schizophrenia: concepts and methods underlying genetic high risk studies of adolescents. Journal of Child and Adolescent Psychopharmacology, 2005, 15: 403-417.

30. Tsuang, M.T., Stone, W.S. and Olson, E.A. Conceptualization and Identification of Schizotaxia: A Proposed Liability Syndrome for Schizophrenia. PRISME, in press.

Book Chapters:

1. Stone, WS, Manning, CA, Gold, P.E. Relationships between circulating glucose levels and memory storage processes. In: Altman, HJ, Altman, BN, eds. Alzheimer's and Parkinson's disease: Recent advances in research and clinical management. New York: Plenum Press, 1989:167-189.

2. Tsuang, MT, Stone, WS, Faraone, SV. Schizoaffective and schizotypal disorders. In: Gelder, MG, Lopez-Ibor, JJ and Andreasen, NC, eds. New Oxford Textbook of Psychiatry. Oxford University Press, 2001.

3. Tsuang, M.T. Stone, W.S. Understanding outcome differences in bipolar disorder (Commentary). In: M Maj, HS Akiskal, JJ, Lopez-Ibor, N Sartorius, eds., Bipolar Disorder. John Wiley & Sons Ltd., 2002, pp. 152-154.

4. Tsuang, M.T., Stone, W.S., Tarbox, S.I. and Faraone, S.V. Gene-environment interactions in schizophrenia. In: D'haenen JA, den Boer JA, Westenberg, H, Willner, P, eds. Textbook of Biological Psychiatry. Wiley Publications, 2002, Chapter 27-10, pp. 673-678.

5. Tsuang, M.T., Stone, W.S., Tarbox, S.I and Faraone, S.V. Insights from neuroscience for the concept of schizotaxia and the diagnosis of schizophrenia. In: Phillips, K et al., Diagnostic Dilemmas. American Psychiatric Association Press, 2003, pp. 105-127.

6. Tsuang, M.T., Stone, W.S., Tarbox, S.I. and Faraone, S.V. Implications of schizotaxia for the prevention of schizophrenia: Perspectives, Opportunities and Limits. In: A. Grispini, ed. Preventive Strategies for Schizophrenic Disorders. Giovanni Fioriti Editore, 2003.

7. Tsuang, M.T., Tarbox, S.I., Taylor, L. and Stone, W.S. Treatment of schizotaxia. In: WS Stone, SV Faraone, MT Tsuang, eds. Early Clinical Intervention and Prevention in Schizophrenia. Humana Press, 2004, pp. 285-301.

8. Stone, W.S., Glatt, S., and Faraone, S.V. Biology of schizotaxia. In: WS Stone, SV Faraone, MT Tsuang, eds. Early Clinical Intervention and Prevention in Schizophrenia. Humana Press, 2004, 339-353.

11

9.  Tsuang, M.T. Stone, W.S., Glatt, S., and Faraone, S.V. Schizophrenia spectrum: pathology and treatment. In: Kaplan and Sadock, in press.

10.  Tsuang, M.T. and Stone, W.S. The future of cluster A personality disorders (Commentary). In: M Maj, Ed. Evidence and Experience in Psychiatry: Personality Disorders, in press.

11. Stone, W.S., Roe, A.H. and Tsuang, M.T. Overlapping of the Spectra: Physical Comorbidity Between Schizophrenia and Affective Disorders. In: A. Marneros and H. Akiskal (eds.) Overlapping of the Spectra Between Schizophrenia and Affective Disorders. Cambridge University Press.

Books:

Stone, W.S., Faraone, S.V. and Tsuang, M.T. Editors. Early Clinical Intervention and Prevention in Schizophrenia. Humana Press, 2004.

CURRICULUM VITAE

**DATE PREPARED:** January 27, 2005

**General Information**

| | |
|---|---|
| Name: | Thomas John Deters |
| Home Address: | 61 Garfield Street,#16 |
| | Cambridge, MA 02138 |
| Private Practice Office | 1753 Massachusetts Avenue |
| Address | Cambridge, MA 02138 |
| Telephone/Fax | (617) 661-7516 |
| E-mail | tdeters@verizon.net |
| Hospital Office Address: | Spaulding Rehabilitation Hospital |
| | 125 Nashua Street |
| | Boston, MA 02114 |
| Phone: | (617) 573-2572 |
| E-mail: | tdeters@partners.org |
| Fax: | (617) 573-7119 |
| **Place of Birth:** | LaCrosse, WI |

**Education:**

| | |
|---|---|
| 1973 | B.A., St. Norbert College |
| 1980 | M.S., University Of Wisconsin, Milwaukee |
| 1983 | Pre-doctoral Internship (Psychology -Clinical/Counseling), Albany County Mental Health Clinic |
| 1983 | Ph.D., Marquette University |

**Postdoctoral Training:**

| | |
|---|---|
| 1983-1984 | Postdoctoral Fellow in Clinical Neuropsychology, Department of Psychology, Boston City Hospital/Boston University Medical Center |
| 1984-1985 | Postdoctoral Fellow in Clinical Neuropsychology, Neurological Referral Center, Inc. /Boston University Medical Center |

**Licensure and Certification:**

| | |
|---|---|
| 1984 | Licensed Psychologist Provider, Commonwealth of Massachusetts |
| 1985 | Licensed Psychologist, State of New Hampshire |
| 1986 | Certified by the National Register of Health Service Providers in Psychology |
| 1991 | Health Service Provider Certification, Commonwealth of Massachusetts |

1995   Board Certified in Clinical Neuropsychology; American Board of
Professional Psychology

## Academic Appointments:

1983-1984  Teaching Fellow in Psychology, Department of Psychiatry, Boston
University School of Medicine, Boston, MA

1984-1985  Teaching Fellow in Neurology (Neuropsychology), Department of
Neurology, Boston University School of Medicine, Boston, MA

1992-   Clinical Instructor in Psychology in the Department of Psychiatry,
Psychiatry-Massachusetts General Hospital, Harvard Medical School
Boston, MA

## Academic Affiliations

1994-1997  Member, Division of Physical Medicine and Rehabilitation, Harvard
Medical School, Spaulding Rehabilitation Hospital, Boston, MA

1991-~1999 Associate, Division of Aging, Geriatric Education Center, Harvard
Medical School

## Hospital or Affiliated Institution Appointments:

1984-1987  Staff Neuropsychologist, Department of Neuropsychology, Division of
Psychiatry, New England Rehabilitation Hospital, Woburn, MA

1985-1990  Consulting Neuropsychologist , Westwood Lodge Hospital, Westwood,
MA

1986-1994  Temporary Privileges, 1986-88; Department of Psychiatry. Allied
Health Professional Staff, 1988-1994; Department of Psychiatry, St.
Joseph Hospital, Nashua, NH

1987-1993  Associate Staff in Psychology, Lake Shore Hospital Medical Staff
Organization, Lake Shore Hospital, Manchester, NH

1989-1992  Specified Professional Personnel Staff, Department of Psychiatry with
privileges in Psychology , Newton-Wellesley Hospital, Newton, MA

1989-1997  Consultant Staff in Psychology, Bournewood Hospital, Brookline, MA

1989-1999  Adjunct Staff in Neuropsychology, Spaulding Rehabilitation Hospital,
Boston, MA

1992-2003  Clinical Associate in Psychology (Psychiatry Service) , Massachusetts
General Hospital, Boston, MA

2000-   Active Staff in Neuropsychology, Spaulding Rehabilitation Hospital,
Boston, MA

2003-   Associate Psychologist, Psychiatry Service, Massachusetts General
Hospital, Boston, MA

**Other Professional Positions:**

| | |
|---|---|
| 1973 | Drafted in the National Football League, Green Bay Packers, Green Bay, WI |
| 1975-1977 | Social Science Teacher, Secondary Level, St. Joseph Academy, Green Bay, WI |
| 1977-1979 | Social Science Teacher, Secondary Level, Pulaski High School, Pulaski, WI |
| 1985-1987 | Consulting Psychologist/Neuropsychologist, Independent Practice, Brookline, MA |
| 1986-1988 | Consulting/Supervising Neuropsychologist, New Medico Head Injury Center at Lewis Bay, Hyannis, MA |
| 1987- | Professional Affairs Consultant, Massachusetts Neuropsychological Society, Boston, MA |
| 1987 | Consulting Neuropsychologist, The Neurologic Center at Forest Manor, Middleboro, MA |
| 1987-1990 | Consulting Neuropsychologist, South Bay Community Re-Entry Service, Hyannis, MA |
| 1987-1992 | Consulting Neuropsychologist, Massachusetts Medical Evaluations, Chestnut Hill, MA |
| 1988- | Consulting Clinical Psychologist/Neuropsychologist, Independent Practice, Cambridge, MA |
| 1988 | Consulting Neuropsychologist, Community Re-Entry Services, Inc., Boston, MA |
| 1988 | Consulting Neuropsychologist, Newton-Wellesley Neuro-Diagnostic Center, Wellesley Hills, MA |
| 1988-1989 | Consulting Neuropsychologist, New England Rehabilitation Center of Southern New Hampshire, Nashua, NH |
| 1989 | Consulting Neuropsychologist, Medical Service Center, Liberty Mutual Insurance Company, Boston, MA |
| 1989 | Consulting Neuropsychologist, Massachusetts Rehabilitation Commission-Cambridge and Woburn Area Offices, Somerville and Woburn, MA |
| 1989 | Consulting Neuropsychologist, Boston Children's Hospital, Boston, MA |
| 1990-1992 | Consulting Neuropsychologist, New Medico Rehabilitation Center of Greater Boston, MA |
| 1991-1992 | Consulting Neuropsychologist, Massachusetts Rehabilitation Commission, Boston, MA |
| 1991-1993 | Consulting Neuropsychologist, Department of Psychiatry, Massachusetts Rehabilitation Commission, Harbor Area Office, Boston, MA |
| 1992-2000 | Consulting Neuropsychologist, Massachusetts Medical Services, Arlington, MA |
| 1992-2004 | Consulting Neuropsychologist, Massachusetts General Hospital, Law and Psychiatry Service, Boston, MA |
| 1996- | Professional Affairs Consultant, Massachusetts Neuropsychological |

|  |  |
|---|---|
| | Society, Boston, MA |
| 2000-2001 | Consulting Neuropsychologist, New England Patriots, Professional Football Team, Foxboro, MA |

## Hospital and Health Care Organization Clinical Service Responsibilities:

|  |  |
|---|---|
| 1989-2000 | Clinical Neuropsychologist, Department of Neuropsychology/Department of Medicine, Spaulding Rehabilitation Hospital/Massachusetts General Hospital |
| 1992-2004 | Consulting Neuropsychologist, Law and Psychiatry Service, Department of Psychiatry, Massachusetts General Hospital |
| 2001- | Clinical Neuropsychologist, SRH, Behavioral and Mental Health Division of the Department of Psychiatry, Massachusetts General Hospital, Spaulding Rehabilitation Hospital |
| 2002- | Clinical Neuropsychologist, The Division of Psychiatry and Medicine, Department of Psychiatry, Massachusetts General Hospital |

## Major Administrative Responsibilities:

|  |  |
|---|---|
| 2000-2001 | Acting Director of Neuropsychology, Spaulding Rehabilitation Hospital |
| 2001-2002 | Interim Director of Neuropsychology, Spaulding Rehabilitation Hospital |
| 2002- | Director of Neuropsychology, Spaulding Rehabilitation Hospital |
| 2002-2003 | Secretary/Treasurer of the Professional Staff, Spaulding Rehabilitation Hospital |
| 2003-2004 | Vice President of the Professional Staff, Spaulding Rehabilitation Hospital |
| 2004-2005 | President of the Professional Staff, Spaulding Rehabilitation Hospital |

## Major Committee Assignments:

|  |  |
|---|---|
| 1991 | Medicare Committee, Chairperson, Massachusetts Neuropsychological Society |
| 1992-1993 | Health Care Reimbursement Committee, Chairperson, Massachusetts Neuropsychological Society |
| 1992-1996 | Continuing Medical Education Committee, Member, Spaulding Rehabilitation Hospital |
| 1993 | Reimbursement Policy for Neuropsychological Services, Chairperson, Massachusetts Neuropsychological Society |
| 1993-1995 | Advisory Panel on Neuropsychological Evaluations, Member, Commonwealth of Massachusetts Rate Setting Commission |
| 1993-2000 | Professional Affairs Committee, Co-Chair, Massachusetts Neuropsychological Society |
| 1994-1995 | Attention-Deficit/Hyperactivity Disorder Evaluation Committee, Co-Chair, Massachusetts Neuropsychological Society |
| 1994-1995 | Research and Development Committee, Member, Spaulding Rehabilitation Hospital |

| | |
|---|---|
| 1994-2001 | Planning Committee, Course: Human Nervous System and Behavior Course, Member, Harvard Medical School |
| 1995 | Psychological and Neuropsychological Assessment Committee, Member/Co-Chair, Massachusetts General Hospital, Law and Psychiatry Service |
| 1995 | Strategic Planning Committee, Member, Massachusetts General Hospital, Law and Psychiatry Service |
| 1996- | Professional Practice Plan Committee, Member, Spaulding Rehabilitation Hospital |
| 1996 | Psychological/Neuropsychological Assessment Committee, Member, Massachusetts Psychological Association |
| 1996 | Managed Care and Insurance Task Force, Member, Massachusetts Psychological Association |
| 1996-1997 | Neuropsychological Assessment Work Group, Member, Commonwealth of Massachusetts, Division of Medical Assistance |
| 1997 | Psychiatry Steering Committee, Member, Partners HealthCare |
| 1997-1999 | Psychiatry and Mental Health Cabinet, Member, Partners HealthCare |
| 1997-1999 | Psychology Council Steering Committee, Member, Partners HealthCare |
| 1998- | Graduate Medical Education Committee, Chairperson, Spaulding Rehabilitation Hospital |
| 1998 | Executive Health Planning Committee, Member, Partners HealthCare |
| 1998-1999 | Psychological/Neuropsychological Assessment Committee, Member/Co-Chair, Massachusetts General Hospital/Law and Psychiatry Service |
| 1999- | MBHP Clinical Advisory Committee, Member, Massachusetts Behavioral Health Plan |
| 1999 | Psychiatry and Mental Health Strategic Planning Committee, Member, Partners HealthCare |
| 2000- | Brain Injury Advisory Group, Member, Spaulding Rehabilitation Hospital |
| 2000- | Billing Committee, Member, Spaulding Rehabilitation Hospital |
| 2000-2001 | SRH/MGH Mental Health Integration Task Force, Member, Spaulding Rehabilitation Hospital/Massachusetts General Hospital |
| 2001 | Strategic Planning Committee, SRH/MGH Division of Behavioral and Mental Health, Member, Spaulding Rehabilitation Hospital/Massachusetts General Hospital |
| 2001 | Neuropsychology Internship Training Committee, Member, Massachusetts General Hospital |
| 2002- | Professional Staff Credentialing Committee, Member, Spaulding Rehabilitation Hospital |
| 2002-2003 | Neuropsychology Training Committee, Member, Spaulding Rehabilitation Hospital |
| 2002-2004 | Executive Committee of the Professional Staff, Member, Spaulding Rehabilitation Hospital |
| 2003 | Graduate Medical Education Review Committee, Chairperson, Spaulding Rehabilitation Hospital |

| | |
|---|---|
| 2003-2004 | Executive Committee, Member, Spaulding Rehabilitation Hospital |
| 2004- | Executive Committee of the Professional Staff, Chairperson, Spaulding Rehabilitation Hospital |
| 2004- | Spaulding Rehabilitation Hospital Senior Leadership Committee, Member, Spaulding Rehabilitation Hospital |

**Professional Societies:**

| | |
|---|---|
| 1984- | National Head Injury Foundation-Massachusetts Chapter, Member |
| 1985- | National Academy of Neuropsychologists, Member |
| 1985- | American Psychological Association, Member |
| 1985- | Clinical Neuropsychology (Division 40) A.P.A., Member |
| 1985- | Rehabilitation Psychology (Division 22) A.P.A., Member |
| 1986- | New England Psychological Association, Member |
| 1986- | Society for the Psychological Study of Social Issues (Division 9) A.P.A., Member |
| 1986- | American Academy of Clinical Neuropsychology, Member |
| 1986-1992 | New York Academy of Science, Member |
| 1987- | Massachusetts Psychological Association, Member |
| 1988- | Massachusetts Neuropsychological Society, Member Board of Directors, 1988-1989  President Elect/President/Past-President, 1992-1995 |
| 1988-1989 | Massachusetts Neuropsychological Society Member, Board of Directors, 1988-1989 |
| 1989- | American Association for the Advancement of Science, Member |
| 1989- | American Psychology-Law Society (Division 41) A.P.A., Member |
| 1992-1993 | Massachusetts Neuropsychological Society, President Elect |
| 1993-1994 | Massachusetts Neuropsychological Society, President |
| 1994-1995 | Massachusetts Neuropsychological Society, Past President, |
| 1985- | International Neuropsychological Society, Member |
| 1997- | Behavioral Neuroscience and Comparative Psychology (Division 6), Member |

**Community Service Related to Professional Work:**

| | |
|---|---|
| 2000- | Volunteer Mentor, Massachusetts Neuropsychological Society Student Organization, Massachusetts Neuropsychological Society |

**Research, Teaching, and Clinical Contributions**

**Report of Other (Non-Funded) Activities**

Investigator  Use of Modafinil to treat impaired arousal and attention in traumatically
brain injured patients

**Report of Teaching**

**Local contributions**

### Medical School Courses

| 1992-2000 | IN707.0 Human Nervous System and Behavior | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Tutor | ~7 Medical Students ~1 Dental Students | ~8 hours/week for 8 week(s) | ~8 hours/week for 8 week(s) |

| 1997-1998 | IN707.0 Human Nervous System and Behavior | | | |
|---|---|---|---|---|
| | | | *contact time* | *prep time* |
| | Lecturer | ~150 Medical Students | ~1.5 hours/year for 1 year(s) | ~10 hours/year for 1 year(s) |

### Local Invited Presentations

### Colloquia

1985  The Process Approach to Neuropsychological Evaluations: Implications for Rehabilitation and Research, University of Michigan

1996  Forensic Neuropsychology: Science, Art, or Both?, Northeastern University

### Continuing Education Lectures

1986  Why do Neuropsychological Testing: A Bird's-Eye View of Memory Functioning, New England Rehabilitation Hospital

1989  Neuropsychological Evaluation of the Geriatric Patient, Spaulding Rehabilitation Hospital

1990  Neuropsychological Evaluation of the Chronic Pain Patient, Spaulding

Rehabilitation Hospital

1990     Cognitive Changes in the Geriatric Patient, Spaulding Rehabilitation Hospital

1994     Clinical Evaluation of Dementia Versus Depression, Spaulding Rehabilitation Hospital

1995     Neuropsychological and Personality Functioning of Chronic Pain Patients, Spaulding Rehabilitation Hospital

1998     Neuropsychology of Normal Aging, Spaulding Rehabilitation Hospital

2001     Neuropsychology and Law: Fundamentals and Controversies, Massachusetts Neuropsychological Society

**Faculty Development Lectures**

1999-2001     Clinical Memory Disorders: Case Presentation " Memory Lane", Harvard Medical School

**Grand Rounds**

1995     Clinical Case Presentation, Master Lecture, Spaulding Rehabilitation Hospital

2003     Assessment of Malingering: Neuropsychological Techniques and Case Studies, Spaulding Rehabilitation Hospital

**Panel Presentations**

1995     The Future of Neuropsychology: Medicare, Managed Care, and Health Care Policy, Massachusetts Neuropsychological Society

1996     Professional Issues in Psychology and Neuropsychology: An Update and Open Forum, Massachusetts Neuropsychological Society

2000     Future Direction for Specialty Licensing (Clinical Neuropsychology), Massachusetts Psychological Association Conference

**Seminars**

1987     Brain/Skull Injuries: Diagnostic and Evaluation Approaches, Massachusetts Medical Evaluations

| | |
|---|---|
| 1987 | Stress and Stress Management, Massachusetts Head Injury Association |
| 1990 | Neuropsychology: Implications for the Clinician, Spaulding Rehabilitation Hospital |
| 1992 | Clinical Procedures for the Detection Malingered Neuropsychological Impairment, Massachusetts General Hospital |
| 1993-2001 | Clinical Neurology and the Neuropsychological Evaluation, Massachusetts General Hospital |
| 1994-2001 | Forensic Neuropsychology (3 Part Series), Massachusetts General Hospital |
| 1996 | Forensic Neuropsychology II: Toxic Exposure, Massachusetts General Hospital |
| 1996 | Forensic Neuropsychology I: Traumatic Brain Injury and the Dementias, Massachusetts General Hospital |
| 1997 | Topics in Forensic Neuropsychology, Massachusetts General Hospital |
| 1997 | Neuropsychology and Law: Principles for Attorneys, Massachusetts Trial Lawyers |
| 1997-1998 | Overview of Forensic Neuropsychology, Massachusetts General Hospital |
| 1998 | Introduction to Clinical Neuropsychology, Spaulding Rehabilitation Hospital |
| 1998-2004 | Detection of Deception and Malingering, Massachusetts General Hospital |
| 1999-2000 | Case Studies in Forensic Neuropsychology, Massachusetts General Hospital |
| 1999-2000 | Forensic Uses of Neuropsychological Assessment, Massachusetts General Hospital |
| 2000 | Neuropsychological Report Writing: Structure, Function and Controversies, Massachusetts Neuropsychological Association Student Organization |
| 2000 | The Houston Conference and Board Certification: Implications for Education and Training in Clinical Neuropsychology, Massachusetts |

Neuropsychological Society Student Organization

| | |
|---|---|
| 2000 | Process and Pitfalls in High Profile Evaluations, Massachusetts General Hospital |
| 2000 | Case Studies in Clinical Neurology, Massachusetts General Hospital |
| 2000 | A Round Table Discussion: Training and Practice Issues in Clinical Neuropsychology, Massachusetts Neuropsychological Association Student Organization |
| 2000 | Use of the Personality Assessment Inventory in Clinical and Forensic Settings, Massachusetts General Hospital |
| 2000-2004 | Neuropsychological Evaluation Following Brain Injury, Spaulding Rehabilitation Hospital |
| 2001 | Assessment of Malingering with Psychological and Neuropsychological Tests, Eric Lindemann Mental Health Center |
| 2001 | Neuropsychological Assessment in Forensic Cases, Massachusetts General Hospital |
| 2001 | Forensic Clinical Case Presentation, Massachusetts General Hospital |
| 2002-2004 | Forensic Neuropsychology I & II, Massachusetts General Hospital |
| 2003-2004 | Neuropsychological Impairment Following Traumatic Brain Injury, Massachusetts General Hospital |

**Workshop**

| | |
|---|---|
| 1986 | The Utilization of Neuropsychological Principles and Techniques to Enhance Clinical Practice, Massachusetts Psychological Association |

**Advisory and Supervisory Responsibilities in Clinical or Laboratory Setting**

| | |
|---|---|
| 1985-1987 | 2 Postdoctoral Fellows for 200 hrs/year, Supervision of Neuropsychological Evaluations, New England Rehabilitation Hospital |
| 1993- | 1 Clinical Psychology Interns (APA Approved Program) for 200 hrs/year, Supervision of neuropsychological evaluations, Massachusetts General Hospital |
| 1995- | 1 Applicants, Board Certification in Clinical Neuropsychology, ABPP for 6 hrs/year, Review, evaluation and critique of professional work |

samples submitted by candidates for board certification in clinical neuropsychology, American Academy of Clinical Neuropsychology

| | |
|---|---|
| 1998- | 5 Residents-Physical Medicine and Rehabilitation for 10 hrs/year, Supervision/Consultation , Spaulding Rehabilitation Hospital |
| 2000 | 1 Post-Graduate Students for 3 hrs/year, Macy Institute Examiner, Macy Institute/Harvard Medical School |
| 2003-2004 | 3 Residents in Clinical Neuropsychology for 200 hrs/year, Supervision of Neuropsychological Evaluations, Massachusetts General Hospital |

**Leadership Roles**

| | |
|---|---|
| 1985-1987 | Coordinator of Neuropsychology Grand Rounds, New England Rehabilitation Hospital <br> Responsibility: Lecturing and presenting clinical cases in which patients experienced suspected or documented neuropsychological impairments/syndromes. |
| 1993-1999 | Head Tutor, Castle Society, Harvard Medical School <br> Responsibility: Advising/mentoring new tutors and facilitating innovative approaches to the tutorial process |
| 2002- | Direct Training in Neuropsychology (Component of responsibilities as Director of Neuropsychology), Spaulding Rehabilitation Hospital/Massachusetts General Hospital <br> Responsibility: Administrative and clinical responsibility for train training in clinical neuropsychology at the SRH site. This has included post-doctoral residents in neuropsychology and interns in psychology/neuropsychology. |

**Regional, national, or international contributions**

**Invited Presentations**

**Colloquium**

*Regional*

| | |
|---|---|
| 1987 | Myths and Realities of Neuropsychology in the Rehabilitation of Brain Injured Patients, University of Cincinnati Medical Center |
| 1987 | Neuropsychological Assessment After Brain Injury: Theoretical Issues and Implications for Research, Rush-Presbyterian Medical Center |

**Invited Lectures**

*National*
1987            Clinical Evaluation of Attention and Memory Dysfunction Following
                Traumatic Head Injury, Braintree Hospital & Western NeuroCare
                Center

*Regional*
1987            The Neuropsychological Evaluation: Integrating Test Results into the
                Clinical Setting, New Hampshire Chapter of the National Head Injury
                Foundation

**Keynote Lecture**

1986            Neuropsychological and Developmental Issues Confronting the Non-
                Geriatric Nursing Home Resident, Capital District Multiple Sclerosis
                and Sunnyview Rehabilitation Center

**Lecture**

1990            Evaluation and Treatment of the Geriatric Patient: A
                Neuropsychological Perspective, New England Psychological
                Association

**Poster**

*International*
1986            On Wisconsin: Qualitative Features of Performance on the Wisconsin
                Card Sorting Test by Stroke and Closed Head Injury Patients,
                International Neuropsychological Society

**Workshop**

*National*
1990            Neuropsychological Evaluation of the Geriatric Rehabilitation Patient,
                American Psychological Association


**Report of Clinical Activities**

1984-1987       Clinical Neuropsychology,  New England Rehabilitation Hospital
                Clinical Activity Description: Primary responsibilities included
                neuropsychological consultation with patients experiencing a wide range
                of neurologic, psychiatric, and neuropsychologic conditions. Primary
                patient populations/conditions included traumatic brain injury,
                cerebrovascular disease, neoplasm, dementia, chronic pain, and

depression. The responsibilities of this position also included frequent consultation with the patient, family members, and medical staff and regarding the patient's current status and treatment recommendations.

1985-1990    Clinical Neuropsychology, Westwood Lodge Hospital
Clinical Activity Description: Primary responsibilities included neuropsychological consultation with patients experiencing a wide range of psychiatric and neuropsychologic conditions. Primary patient diagnostic conditions included mood disorders, anxiety disorders, psychotic disorders, substance related disorders, learning and attention disorders, and personality disorders. The responsibilities of this position also included frequent consultation with the patient, family members and the medical staff and regarding the patient's current status and treatment recommendations.

1986-1994    Clinical Neuropsychology, St. Joseph Hospital
Clinical Activity Description: Primary responsibilities included neuropsychological consultation with patients experiencing a wide range of neurologic, psychiatric, and neuropsychologic conditions. Primary patient populations/conditions included traumatic brain injury, cerebrovascular disease, neoplasm, dementia, chronic pain, and depression. The responsibilities of this position also included frequent consultation with the patient, family members, and medical staff and regarding the patient's current status and treatment recommendations.

1989-       Clinical Neuropsychology, Spaulding Rehabilitation Hospital
Clinical Activity Description: Clinical activity has varied over the years at Spaulding. Primary responsibilities have included neuropsychological consultation with patients experiencing a wide range of neurologic, psychiatric, and neuropsychologic conditions. Primary patient populations/conditions have included traumatic brain injury, cerebrovascular disease, neoplasm, dementia, chronic pain, learning/attention disorders, mood disorders, and anxiety disorders. The responsibilities of this position have also included frequent consultation with the patient, family members, and medical staff and regarding the patient's current status and treatment recommendations.

1992-2004    Clinical Neuropsychology, Massachusetts General Hospital/Law and
Psychiatry Service
<u>Clinical Activity Description:</u> Primary responsibilities included
neuropsychological consultation with clients involved in civil or
criminal litigation, or in need of an independent neuropsychological
evaluation. The clients experienced a wide range of neurologic,
psychiatric, and neuropsychologic conditions. Main areas of
consultation included competency to stand trial, diminished capacity,
criminal responsibility, fitness for duty evaluations, and disability
evaluations. Responsibilities also included consultation with other
medical/forensic psychology/psychiatry staff and attorneys involved in
the case.

**Bibliography**

**Original Articles**

1. Deters T J. The brain, learning, and technology. The Journal of Continuing
Education in the Health Professions. 1999; 19(2):69-75

**Clinical Communications**

1. Bernstein J, Cohen R, Deters T, Neuropsychological Services: The Role of the
Professional Neuropsychologist. 1992
2. Daniels A Deters T, Neuropsychological Procedures. 1994

**Educational Materials**

1. Deters, T. Vision and Comparative Sensory Systems. Annotated bibliography,
faculty Guide, 1995.  IN707.0 Human Nervous System and Behavior, Harvard
Medical School
2. Deters, T. Memory and Amnesia. Lecture/Tutorial Teaching Exhibit, 1997.  IN707.0
Human Nervous System and Behavior, Harvard Medical School
3. Deters, T. "Memory Lane" Tutorial Case: Interpretive Guide and Case Commentary
1998. IN707.0 Human Nervous System and Behavior, Harvard Medical School
4. Deters, T. "Memory Lane" Tutorial case: Interpretive Guide and Case Commentary.
1999. IN707.0 Human Nervous System and Behavior, Harvard Medical School
5. Deters, T. Comparative Table of Memory Nomenclature. Tutorial Teaching Exhibit
1999. IN707.0 Human Nervous System and Behavior, Harvard Medical School

**Non-Print Materials**

1. Kosofsky B, Pasquale S, Deters T. IN707.0 Human Nervous System and Behavior, Harvard Medical School, Tutor Computer Forum. Unpublished; 1996

**Other Publications**
1. Deters T, The neuropsychology of mild traumatic brain injury. Massachusetts Psychological Association Quarterly. 1994; 2.

C.V. format based on Harvard University Guidelines