**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

February 24, 2006

Mr. Dennis O'Leary
Courtroom Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:  U.S. v. David Ruiz
         <u>Criminal No. 03-10398-MLW</u>

Dear Mr. O'Leary:

    Pursuant to the Order of the Court of February 16, 2006, the parties jointly submit the enclosed proposed Order.

    Thank you.

                                   Very truly yours,

                                   /s/ Charles P. McGinty

                                   Charles P. McGinty

CPM:lhd

Enclosure

cc:  AUSA John A. Capin