UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10398-MLW |
| | ) |
| DAVID RUIZ | ) |

ORDER

WOLF, Ch.U.S.D.J.                                                   ~~February __,~~ 2006 5

    The Court, pursuant to 18 U.S.C. § 4247(b), hereby appoints William Stone, Ph.D., to conduct an examination of David Ruiz in order to determine his competency, specifically whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings or to assist properly in his defense. As part of his examination, Dr. Stone shall review the report of FMC Springfield, reports and records relating to Mr. Ruiz's prior commitments and treatments at the Solomon Mental Health Center and at Bridgewater State Hospital, as well as available school records, which the parties shall make available to him forthwith. Dr. Stone shall conduct appropriate testing, complete his examination, and submit his report to the Court and parties by March 31, 2006.

MARK L. WOLF
CHIEF UNITED STATES DISTRICT JUDGE

March 2, 2006