UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME
FOR EXAMINER TO COMPLETE REPORT

    Defendant David Ruiz, by his counsel, petitions the Court for additional time to permit the court-appointed examiner, Dr. William Stone, to complete his examination.  Dr. Stone met with Mr. Ruiz at the Plymouth County Correctional Facility and administered psychological tests.  He states that he needs an additional week to complete his review of the test results, to review the available records, and to complete his report. Undersigned counsel seeks permission of this Court to inform Dr. Stone that he may submit his report one week hence, April 7, 2006.

    The government, by Assistant United States Attorney John Capin, has no objection to this request.

                                         DAVID RUIZ
                                         By his attorney,

                                         /s/ Charles P. McGinty

                                         Charles P. McGinty
                                            B.B.O. #333480
                                         Federal Defender Office
                                         408 Atlantic Avenue, 3rd Floor
                                         Boston, MA  02110
                                         Tel: 617-223-8061

-2-

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2006.

                                    /s/ Charles P. McGinty

                                    Charles P. McGinty