**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

2006 MAY -5 P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 5, 2006

Mr. Dennis O'Leary
Courtroom Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:  U.S. v. David Ruiz
         Criminal No. 03-10398-MLW

Dear Mr. O'Leary:

    Kindly bring to the Court's attention the enclosed report of William S. Stone, Ph.D. I learned yesterday that Dr. Stone forwarded the report to me alone, expecting that I would forward it to the Court. I regret the delay.

    Since receiving the report, I have met with Mr. Ruiz once and intend to meet with him again next week. I have also conferred with Mr. Capin. If agreeable to the Court, I will submit to the Court within the next two weeks a status report, reporting on the positions of the parties.

    Thank you.

                                   Very truly yours,

                                   Charles P. McGinty

CPM:lhd

Enclosure

cc:  AUSA John A. Capin