UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                 **CRIMINAL CASE**

                                             **NO. 03-10398-MLW**

         V.

**DAVID RUIZ**

         Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

    PLEASE TAKE NOTICE that the above-titled case has been set for a STATUS CONFERENCE on **AUGUST 11, 2006** at 1:30 P.M. before Chief Judge Wolf in Courtroom # **10** on the **5**th floor.

                                                    SARAH A. THORNTON
                                                    CLERK OF COURT

**July 7, 2006**                   By:  /s/ Dennis O'Leary
     Date                           Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                   [ntchrgcnf.]
                                               [kntchrgcnf.]