UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10398-MLW |
| | ) | |
| DAVID RUIZ | ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States and the defendant, David Ruiz, hereby move the Court to continue the status conference scheduled to be held on August 11, 2006 to a date during the week of August 14, 2006, or at a time otherwise convenient to the Court. As grounds, the parties state that the undersigned prosecutor has long-standing family vacation plans that will take him away from Boston on August 10 and 11, 2006.[1]

Respectfully submitted,

| | |
|---|---|
| DAVID RUIZ | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | |
| /s/ Charles P. McGinty | By:  /s/ John A. Capin |
| _____ | _____ |
| CHARLES P. MCGINTY | JOHN A. CAPIN |
| Federal Defender Office | Assistant U.S. Attorney |
| (617) 223-80061 | (617) 748-3264 |

---

[1] Counsel for the government also has long-standing plans to out of town during the week of August 28, 2006 and counsel for the defendant may be away the week of August 21, 2006.