UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10398

| United States of America | David Ruiz |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Charles McGinty |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 9/7/06 | Court goes over preliminary matters with the parties.  Court marks the binding plea agreement as Exhibit 1 |
| | Defendant takes the stand and is sworn. |
| | Plea colloquy given. |
| | Government summarizes the evidence |
| | Defendant pleads guilty to both counts of the indictment |
| | Court finds the defendant competent and defers accepting the defendant's plea pending sentencing |
| | Sentencing set for 11/30/2006 at 3:00 PM.  Sentencing procedural order to issue. |
| | Defendant remanded to the custody of the USM. |