UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10398-MLW |
| | ) |
| DAVID RUIZ | ) |

<u>JOINT MOTION FOR CONTINUANCE OF SENTENCING DATE</u>

The United States, by Assistant United States Attorney John A. Capin, and defendant David Ruiz, by his counsel, request a brief continuance of the sentencing date, now scheduled for November 30, 2006. As grounds for this motion, the parties state that the probation officer has provided a lengthy and detailed draft presentence report for comment and objection, and that the parties need additional time to respond. The parties request a further sentencing date on or after December 11, 2006, if the Court permits this motion.

| | |
|---|---|
| MICHAEL J. SULLIVAN | DAVID RUIZ |
| United States Attorney | By his attorney, |
| | |
| /s/ John A. Capin | /s/ Charles P. McGinty |
| | |
| By: John A. Capin | Charles P. McGinty |
| Assistant U.S. Attorney | B.B.O. #333480 |
| | Federal Defender Office |
| | 408 Atlantic Avenue, 3rd Floor |
| | Boston, MA  02110 |
| | Tel: 617-223-8061 |

-2-

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 17, 2006.

                                       /s/ Charles P. McGinty

                                       Charles P. McGinty