UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA        )
                                )
         v.                     )    CRIMINAL NO. 03-10398-MLW
                                )
DAVID RUIZ,                     )
                                )
         Defendant              )
_____)

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM ONE-DAY LATE

The United States of America hereby moves the Court for leave to file the Government's Sentencing Memorandum, submitted herewith, one day late.  As grounds for this motion, the government states that, in the Order entered on November 22, 2006, the Court ordered that all filings be made by December 1, 2006.  The government required an additional day to finalize its sentencing memorandum.  The sentencing hearing in this case is scheduled to be held on December 14, 2006.  The one day delay in the submission of the Government's Sentencing Memorandum should therefore not prejudice the defendant and hopefully will not inconvenience the Court.

Wherefore, the government requests leave to file the Government's Sentencing Memorandum one day late.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                 By:     /s/ John A. Capin
                                         _____
                                         JOHN A. CAPIN
                                         Assistant U.S. Attorney