UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10398-MLW |
| ) | |
| DAVID RUIZ, ) | |
| Defendant ) | |

## MOTION FOR LEAVE TO FILE REVISED SENTENCING MEMORANDUM

The United States of America hereby moves the Court for leave to file a Revised Sentencing Memorandum in the form of the document attached hereto. As grounds, the government states that, since the date on which the government filed its initial sentencing memorandum, the Probation Office has issued a revised Presentence Report, which renders moot a portion of the original Government's Sentencing Memorandum. The government therefore asks the Court to accept the attached Revised Sentencing Memorandum, which is intended to supersede the government's original submission.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ John A. Capin

JOHN A. CAPIN
Assistant U.S. Attorney