UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10398

| United States | David Ruiz |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Charles McGinty |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER  Romanow

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 12/14/06 | Court goes over all the relevant filings made in connection with today's hearing. Government informs the court that the parties position has changed with regard to the recommended sentence under the binding plea. Parties will recommend 42 months custody. Defense counsel concurs and asks the court to treat the new recommendation as an oral addendum rather than reject the binding plea agreement. Court may reject the binding plea agreement and tell the defendant that it intends to impose the 42 month sentence. Court makes the necessary rulings on the parties objections to the pre-sentence report. All government objections resulted in a correction to the PSR and need not be ruled on. Court calculates the advisory guidelines to be TOL 19, CH V, 57-71 months custody, 2-3 years supervised release, $6K-$60K fine and $200 special assessment fee. Defendant addresses the court. Court rejects the binding plea agreement because it is not willing to impose a sentence of 37 months. Court informs the defendant that he now has an opportunity to withdraw his plea. If he does then the court will schedule a trial. If not the court will impose the sentence recommended by both parties. Defendant informs the court that he will not withdraw his plea and go forward with the sentencing. Formal sentencing: 42 months custody, 36 months supervised release with the first four months in a halfway house on the standard conditions plus the special conditions outlined in court. Defendant advised of his right to appeal and to counsel while on appeal. Court imposes the mandatory $200 special assessment fee but does not impose a fine. |