UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10398

| United States | David Ruiz |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Capin | Charles McGinty |
| USPO Paul Prevey | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE     Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Final Revocation Hearing |
|---|---|
| 6/12/08 | Court goes over the procedural history of the case with the parties. Defendant informs the court that he wishes to admit the violations. Court conducts colloquy of the defendant. Court finds that the defendant is admitting the violations knowingly and voluntarily and that there is a factual basis to accept the defendant's admission. Government recommends that the defendant be sentenced to time served followed by an additional two years of supervised release with the special condition that the defendant participate in an out-patient drug treatment program. USPO Prevey informs the court that he concurs with the government recommendation. Court revokes the defendants and sentences the defendant to a sentence of time served followed by 24 months supervised release on the standard conditions plus the additional special conditions that the defendant not possess a firearm or other dangerous weapon, shall participate in a substance abuse treatment and mental health treatment program as directed by the Probation Office. Defendant shall contribute to the costs of said program based on the ability to pay or the availability of a third party payment. Defendant advised of his right to appeal and to counsel. |