UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | C.R. No. 03-10398-MLW |
| ) | |
| DAVID RUIZ ) | |

ORDER

WOLF, D.J.                                                                                          June 12, 2008

For the reasons stated in court on June 12, 2008, it is hereby ORDERED that:

1. David Ruiz's Supervised Release is REVOKED.

2. Ruiz is sentenced to Time Served.

3. Ruiz shall serve 24 months Supervised Release on the Standard Conditions set forth in U.S.S.G. §5D1.3(c) and the following Special Conditions:

   a. Ruiz shall not possess a firearm or other dangerous weapon.

   b. Ruiz shall participate in a program for substance abuse treatment as directed by the Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether Ruiz has reverted to the use of alcohol or drugs. Ruiz shall contribute to the costs of such treatment based on his ability to pay or the availability of third party payments.

   C. Ruiz shall participate in a mental health program as directed by the Probation Office. Ruiz shall contribute to the costs of such treatment based on his ability to pay or the availability of third party payment.

                                                          /s/ MARK L. WOLF
                                                          UNITED STATES DISTRICT JUDGE